UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ALFREDO GARCIA LUVIANO,

                Defendant.

11-CR-1023 (PKC)

ORDER

P. Kevin Castel, United States District Judge:

    On February 28, 2017, the defendant was sentenced principally to a term of imprisonment of 180 months.

    On November 27, 2023, the defendant filed a motion requesting that this court consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guideline amendment which went into effect on November 1, 2023 and applies retroactively. The United States Probation Department has issued a report indicating that the defendant is not eligible for a sentence reduction.

    The Court has considered the record in this case, the submissions in support of the defendant's motion, and the Probation Department's Supplement Report.

    It is hereby ORDERED that the defendant is ineligible for this reduction because the defendant failed to meet the criteria set forth in Amendment 821 of the Sentencing Guidelines, and therefore this motion is denied.

    SO ORDERED.

P. Kevin Castel, U.S.D.J.

Dated: April 2, 2024
      New York, New York